NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRANK J. KAKUK,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7023

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 07-1126, Judge Alan G. Lance, Sr.

---

## ON MOTION

---

## ORDER

Eric K. Shinseki, Secretary of Veterans Affairs, moves for an unopposed 7-day extension of time, until July 22, 2011, to file his response to Kakuk's application for attorney fees.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JUL 15 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Richmond J. Brownson, Esq.
    Meredyth Cohen Havasy, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 15 2011

**JAN HORBALY**
**CLERK**